The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

GEORGE ARMENDARIZ, an individual

        Plaintiff,

    v.

NORDIC TUGS, INC, a Washington corporation, PETER BASLER, an individual, and WAYNE BASLER, an individual,

        Defendants.

No. 2:18-cv-01428-RAJ

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO SERVE SUMMONS AND COMPLAINT ON OUT-OF-STATE DEFENDANT WAYNE BASLER

**THIS MATTER**, having come before the Court on Plaintiff's Motion to Extend Time to Serve Summons and Complaint on Out-of-State Defendant Wayne Basler. Dkt. # 12. No party has filed any response to Plaintiffs' Motion.

Plaintiff has shown good cause, and the Court being fully advised, now, therefore **ORDERS** that Plaintiff's Motion is **GRANTED**. Dkt. # 12. The deadline to serve Defendant Wayne Basler is extended for 60-days from the signing of this Order.

DATED this 23rd day of January, 2019.

_____
The Honorable Richard A. Jones
United States District Judge

**SHISHIDO TAREN PLLC**
1001 Fourth Avenue, Suite 3200
Seattle, Washington 98154
(206) 684-9320