HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GEORGE ARMENDARIZ,<br><br>      Plaintiff,<br><br>  v.<br><br>NORDIC TUGS, INC, et al.,<br><br>      Defendants. | No. 2:18-cv-01428-RAJ<br><br>ORDER |

This matter comes before the Court on Plaintiff's Motion to Extend Time to Serve Summons and Complaint on Out-of-State Defendant Wayne Basler ("Motion"). Dkt. # 19. No response has been filed to Plaintiff's Motion.

Plaintiff requests a second extension of time to serve Defendant Wayne Basler, who is currently a ward in a conservatorship proceeding in Tennessee Chancery Court of Sullivan County, (In RE: Wayne Gordon Basler Jr., 82CH1-2018-CV-18490). Dkt. # 19. Plaintiff contends that Defendant Basler cannot be served until a conservator is appointed due to his alleged mental incapacity. Dkt. ## 19, 20.

Plaintiff has shown good cause, and the Court being fully advised, therefore **GRANTS** Plaintiff's Motion. Dkt. # 19. The deadline to serve Defendant Wayne Basler is extended to forty-five (45) days from the appointment of a conservator in the case In Re: Wayne Gordon Basler, Jr., 82CH1-2018-CV-18490 in Tennessee Chancery Court of Sullivan County. The parties are also directed to inform the Court when such

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO SERVE SUMMONS AND COMPLAINT ON OUT-OF-STATE DEFENDANT WAYNE BASLER
Page 1

**SHISHIDO TAREN PLLC**
1001 Fourth Avenue, Suite 3200
Seattle, Washington 98154
(206) 684-9320

a conservator is appointed by filing a status report within seven (7) days of the appointment. The Court encourages the parties to make this status report a joint filing.

DATED this 17th day of May, 2019.

_____
The Honorable Richard A. Jones
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO SERVE SUMMONS AND COMPLAINT ON OUT-OF-STATE DEFENDANT WAYNE BASLER
Page 2

**SHISHIDO TAREN PLLC**
1001 Fourth Avenue, Suite 3200
Seattle, Washington 98154
(206) 684-9320